1  Gloria Dredd Haney, State Bar No. 157627
2  **LAW OFFICES OF GLORIA DREDD HANEY**
   5753 East Santa Ana Canyon Road
   Suite 210
3  Anaheim Hills, California  92807
   Office:      714.279.0485
4  Fax:         714.921.2856
   Email:       dreddlaw@sbcglobal.net
5
   Attorney for Plaintiff
6  **DANIEL MARTINEZ**

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DANIEL MARTINEZ, | Case No.: _____ |
| Plaintiff, | |
| vs. | **PLAINTIFF DANIEL MARTINEZ'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |
| CHAFFEY COMMUNITY COLLEGE SUSAN HARDIE, AISSA NASON, TROY AMENT, LISA BAILEY, and DOES 1 through 10, Inclusive, | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff, DANIEL MARTINEZ ("Plaintiff" or "Martinez"), hereby complains against Defendants CHAFFEY COMMUNITY COLLEGE DISTRICT ("District"), TROY AMENT ("Ament"), SUSAN HARDIE ("Hardie"), LISA BAILEY ("Bailey"), and AISSA NASON ("Nason"),   (collectively "Defendants").

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

1

## NATURE OF CASE

1.  This is a civil action seeking damages and equitable relief against these Defendants, and each of them, for committing continuing constitutional violations of unlawful acts against Plaintiff and for depriving Plaintiff of his rights, *inter alia,* secured by 42 U.S.C.§ 1983 for protected expressions and speech/equal protection/ and freedom of religion; by the Civil Rights Act of 1866, 42 U.S.C. § 1981 and the Civil Rights Act of 1964 for discrimination based on race and color; by the Rehabilitation Act of 1973, as amended (29 U.S.C. § 701 et seq.), for retaliation; by Title I of the Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101 ("ADA") et seq.; and the related California Fair Employment and Housing Act ("FEHA") claims.

2.  As a result of being continuously humiliated and embarrassed with the loss of Plaintiff's self-esteem associated with the treatment, harassment, and bullying by the Defendants and interfering with Plaintiff's job responsibilities and assignments relating to his duties as a janitor in the Maintenance & Operations Department at District and being suspended from his job duties as a result of his repeatedly complaining to the Defendants as his supervisors because of the refusal to provide Plaintiff with the necessary accommodations for his disability of having significant hearing loss, leading to a physical or mental impairment that substantially limits one or more of the major life activities like hearing.

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

## **JURISDICTION AND VENUE**

3.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1391.  This action is authorized and instituted pursuant to 20 U.S.C. 1706 requiring the appropriate United States District Court to exercise jurisdiction. 42 U.S.C. § 1981, Civil Rights Act of 1991, as amended, states that employment discrimination and retaliation cases may be filed in the United States District Court. This Court has pendent jurisdiction over Plaintiff's state claims, both administrative and common law, because they arise out of the same nucleus of common facts on which Plaintiff's federal discrimination claims are based.  Pursuant to 28 U.S.C. § 1367(s), federal courts have the discretion to adjudicate state-law claims that are transactionally related to the federal claims.

4.  Plaintiff has suffered and continues to suffer actual injuries as a result of the intentional, malicious, and unlawful conduct on the part of the above-named Defendants.  The injuries can be traced to the challenged action and conduct in this matter.  Plaintiff Daniel Martinez has a personal stake in the outcome of this action and hereby joins his request for recovery pursuant to 42 U.S.C. § 1981.  Martinez filed also under the California Fair Employment and Housing Act ("FEHA") and has received his California Civil Rights Department ("CRA") right-to-sue notices, which are attached as Exhibits "A" Case No. 202107-14054101, "B" Case No.202301-193622211, and "C" Case 202301-19362211.  The CRD cross-filed with the Equal Employment Opportunity Commission ("EEOC").  Plaintiff received a

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana  Canyon Road
Suite 210
Anaheim Hills, California 92807

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana  Canyon Road
Suite 210
Anaheim Hills, California 92807

right-to sue notice dated November 29, 2022, which contained the EEOC case number, 37A-2022-00563-C because the CRD cross-filed with the EEOC and is a part of and attached as Exhibit "A."

5.  Plaintiff resides within the jurisdiction of the United States District Court in and for the Central District of California.in the City of Upland, California.

6.  District, a public entity, is doing business within the jurisdiction of the United States District Court/Central District in Rancho Cucamonga.

## OVERVIEW OF THE KEY, RELEVANT
## AND FACTUAL BACKGROUND

7.  On August 11, 2008, District hired Martinez, now a 38 year old Latino/Hispanic male, as a janitor in its Maintenance and Operations ("M&O") Department.  At that time Bruce Cook was the Director of M&O, and Frank Juarez was Martinez's immediate supervisor.

8.  District was and continues to be aware that Martinez has long standing bilateral hearing loss and has had the same since childhood, according to Martinez's healthcare provider, Kaiser Permanente of Southern California ("Kaiser"). At or around 2012 Defendant Ament became the Director of M&O. In 2001, Aissa F. Nason ("Nason"), who began working as a Facility Maintenance Attendant ("FMA") in M&O like Martinez; however, now at all times relevant, was and is his immediate supervisor.

9.  All of Martinez's Performance Evaluations were classified as "Satisfactory,"

4

the highest possible rating pursuant to Article VII of the collective bargaining

agreement between the Classified School Employees Association ("CSEA") and

District from when he was hired in 2001, which meant his job performance was

from "average to excellent" except in the 2014-2016 evaluation and school years

with Ament and Nason as his supervisors.  District and its agents failed to take into

account that (1) Martinez did not have the necessary technology which would insure

he would know when he was being spoken to by his supervisors Ament and Nason,

(2) Ament and Nason did not consider Martinez's qualified disability pursuant to the

ADA, (3) Martinez's complaints about not receiving necessary accommodations

were considered mere excuses for which they were not but were true.  For example,

on November 20, 2014, Martinez wrote to Nason:

> "We had previously discussed the incident that occurred on
>
> September 24th, 2014 and I informed you at that time that
>
> I did not hear you when you gave the set up work assignment.
>
> I do apologize for not hearing you but I do have hearing loss
>
> in both ears.  I NEVER said I forgot.  When we discussed it
>
> at that time you never said that it would be written warning in
>
> fact you stated that it would be verbal because we discussed it
>
> thoroughly and resolved it at that time.  Also, if the incident
>
> occurred on September 24, 2104 (sic), why am I just receiving
>
> this written notice on November 13th, which is almost two months

5

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

after the fact, and you plan to put it in my file. . . .".

The Defendants began to engage in "papering" Martinez's file and used Martinez's complaints regarding his limited hearing capacity and having to continuously complain about not hearing any instruction or ringing phones initiated by Ament and/or Nason.

10. Kaiser made it clear the bilateral hearing loss is congenital, with a duration of Martinez's lifetime, and commenced at birth. Despite these facts, according to Kaiser, Martinez is able to perform essential functions of the employee's position. Martinez requested a particular phone for the hearing impaired so that he could notice his supervisors are attempting to communicate with him and/or other employees.

11. Although Martinez is a qualified disabled employee and sought the special phone so there would be no question about Ament's or Nason's instructions or directives to him which had become a problem, he was basically denied and or ignored.  Employers are required to provide reasonable accommodation to an employee with a disability.  A reasonable accommodation for Martinez or any other qualified disabled employee would  help the employee with the disability to perform the duties of his or her job and enjoy the benefits and privileges of employment without causing any financial hardship to the employer. A qualified disabled employee is one who has a physical or mental condition that substantially limits a *major* life activity like walking, seeing, *hearing,* speaking, breathing, or learning.

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana  Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

12.  In the October 04, 2016, Kaiser visit summary, Martinez was given further instructions from Kaiser to increase his ability to communicate as a result of having medicine or surgery that will correct sensorineural hearing loss, i.e. hearing loss of the inner ear.  The following further recommendations were given to Martinez so that good communication techniques could, indeed, take place in District's work environment for Martinez.  However, Martinez would need the cooperation of the Defendants, especially his supervisors like Ament and Nason,  For Example:

(a)  One must get Martinez's attention *first* before speaking to him.  This protocol would take place so Martinez can turn and face the individuals and focus on what they are saying otherwise, he would not hear them.

(b)  The focus had to also be on the person's face to whom Martinez is talking.

(c)  Martinez was also cautioned not to talk from room to room, from a distance, or with his back turned toward the other person.

(d)  The quieter the environment the better because it is difficult to understand speech in the presence of background noise.  The noisier the environment, the more difficult it will be for Martinez to understand the conversation or the directives from his supervisors.

(e)  Finally, Martinez should use "assistive listening devices ("ALDS") like wireless FM systems which help with the communication skills of the deaf in many environments, like the workplace.  Such devices would not be prohibitive or financially burdensome for District because District uses the

technology of assistive listening devices in its courses for the deaf.  Students
have to purchase these devices on their own while the faculty and assistants
do not.

13.  On August 22, 2016, instead of working with Martinez and having
interactive meetings to address the issue of Martinez's life-long disability, the
Defendants continued the "papering" of his personnel file with the intent of giving
the false appearance of Martinez being dishonest, engaging in conduct unbecoming
a public employee, and seeking to have Martinez terminated from his employment
in the Notice of Recommended Dismissal to Governing Board.

14. Less than  year on April 03, 2017, Martinez received a Notice of Disciplinary
Action-Fifteen (15) Day Suspension for the purpose, again, of papering his
personnel file.  The agents for Ament made sure that other times when Martinez was
threatened with suspension and termination were referenced in the subsequent
documents of reprimand:

--"On November 13, 2014, your supervisor issued you a meeting summry regarding
your failure to report to particular location for a clean-up."

--On September 24, 2014, your supervisor issued you a meeting summary regarding
failure to report to a particular location for a clen-up."

--"On August 20, 2013, your supervisor issued a conference summary regarding
your repeated tardiness in reporting to work.  In it, your supervisor noted that you hd
been tardy on multiple occasion and you were counseled on it in the past.

8

--On January 20, 2011, your supervisor issued you a memorandum regarding his concerns with your work performance. Specifically, the concerns were about your failure to properly clean the areas that you were assigned to.

--On October 19, 2010, your supervisor issued you a memorandum regarding your excessive absenteeism. It must be noted in these examples and numerous others, Martinez's disability was not discussed, and he was never asked if his disability played any role in the given examples. As Kaiser informed District, Martinez was more than capable of perform his job duties, and he did. Kaiser stated, for "better communication with Mr. Martinez, he needs technology that vibrates and/or flashes and/or rings very loudly to get his attention." and to assure his supervisors he heard their directives.

15. There is no question Martinez has recognized hearing disorders that have been know to District for years. Despite this fact, Ament and Nason do not understand why District's cell phone to a deaf person is not what one would cons consider to be the definitive accommodation for deaf person. In fact, Ament and Nason expressed openly at staff meetings that Martinez had been called numerous times on the handheld radio which he could not hear. It took other co-workers informing Martinez that Ament claimed Martinez ignored his directives, did not follow instructions, and was just downright insubordinate. Martinez could not defend himself because he could not hear what Ament and Nason were telling him to do.

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

16.    Further, with regard to COVID-19 and the wearing of masks and getting shots, Martinez had these two issues which directly related to his hearing disability and his freedom to practice his religion. If Ament and Nason spoke to him wearing a mask, Martinez would be unable to understand them, and, as a result, he was accused, again, of not following directives and being insubordinate. Ergo, the reprimands, the papering of his personnel file, etc. continued and was pervasive creating a unbearable hostile environment. No other FMAs had life-long disabilities or religious restrictions. Thus, FMAs not in these two groups received different or absolutely no discipline for the same or similar offenses or even more grievous offices.

17.    Reverend Manuel Saucedo, an ordained Pastor, of the Living Word of Chino Hill located at 15558 Avery Street, Chino Hills which is Pentecostal made it clear to District that Martinez's sincerely held religious objection and his faith could not permit the vaccinations for the COVID disease. Rev. Saucedo stated in his letter generated in 2020 for District:

"Regarding vaccines, they are under an 'emergency use authorization' by the FDA which places them in the category of a medical experiment. Aside from the fact that majority of vaccines, like flu and meningitis vaccines, are completely unreliable, they also known to contain harmful substances that harm the body. Vaccines, particularly covid vaccines, are intrusive and unnecessary in the eyes of a Christian. As believers,

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

we know that the body is the temple of the Holy Spirit and as such, should not be used for medical experimentation.  We are called to protect the body and not to participate in *pharmakeia.*

*Do you know that your bodies are a temple of the Holy spirit, who is in you, whom you received from God?" (1Cor. 6:19)*

Taking a COVID vaccine is an afront to Daniel Martinez's sincerely held religious belief.

18.    The Defendants, and each of them, worked very harm to have Martinez dismissed from his employment which was signified by the first "Needs Improvement" evaluation beginning in 2014 coupled with numerous written reprimands, threats, public embarrassment, refusing to provide reasonable accommodations, etc.   The Defendants, and each of them, even placed Martinez on probation for two years where, unlike employee in the history of District, never Had the experience of having to report to supervisors, sign in-and-out on a regular basis, get permission from any deviation frm his work duties which, previously, had been left to the individual FMA's discretion, and was still left to all other FMA.

19.    Extremely extensive "investigation" were initiated with other employee engaging in the process which was extremely humiliation for Martinez.  In February 17, 2016, there was an investigation by the Tital Group regarding Martinez being in a closet on December 7, 2015, where he was found to be dishonest and should be dismissed.  After even other investigations, on April 27, 2023, the Defendants were

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana  Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

1  able to get another employee who filed complaints against another employee

2  because of her so-called fear of being physically harm nd having to come in at

3

4  different work times in order to avoid physical harm.  DPMC did the so-called

5  Confidential Investigation Report.  Candice Brock ("Brock") was the complainant

6
   against Martinez, claiming among other things that he grabbed Brock from behind
7

8  and that he told Brock he "needed a companion."  Brock, an employee in the late

9  60s to 70s also states that experience was not the only experience which "made her

10
   feel uncomfortable" regarding Martinez.
11

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana  Canyon Road
Suite 210
Anaheim Hills, California 92807

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

## STATEMENT OF A FEDERAL CLAIM

### FIRST CLAIM FOR RELIEF

(Violation of the Civil Rights Act of 1866

[As Amended, 42 U.S.C. § 1981]and the Civil Rights

Act of 1964 Against District)

20.  The allegations and attachments set forth in paragraphs 1 through 19, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

21.  Section 1981 provides that all persons within the jurisdiction of the United States must be afforded the same rights and the full and equal benefit of all laws and proceedings for the security of persons and property enjoyed by white citizens regardless of race.  Section 1981 covers discrimination not only in the formation of a contract but also during the duration and life of the contract.

22.  Plaintiff was retaliated against, harassed with constant written reprimands, threatened with termination, suspended, "demoted," denied his civil rights in violation of the laws of the United States because he is a Latino.  No other non-Latino employee was treated in this manner as Plaintiff.

WHEREFORE, Martinez requests relief as set forth below against District.

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

## STATEMENT OF A FEDERAL CLAIM

## SECOND CLAIM FOR RELIEF

(Violation of the Federal 42 U.S.C. § 1983

and California Government Code, §12900, et seq.)

for Protected Expressions, Speech, Equal Protection,

and Freedom of Religion Against the Individual Defendants)

23.  The allegations and attachments set forth above in  paragraphs 1 through 19, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

WHEREFORE, Plaintiff demands judgment against Defendant District.

## STATEMENT OF STATE CLAIM

## THIRD CLAIM FOR RELIEF

(Violation of the California Government Code, §12900, et seq.

Failure To Prevent Discrimination in Employment

Against District)

24.  The allegations and attachments set forth above in paragraphs 1 through 19, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

25.  Plaintiff has established that discrimination occurred and that District failed

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana  Canyon Road
Suite 210
Anaheim Hills, California 92807

14

1  to prevent the discrimination from occurring.

2  26.  District did not take all reasonable steps to prevent the discrimination from

3

4  occurring.

5  WHEREFORE, Plaintiff demands judgment against Defendant District.

6

7

8  **STATEMENT OF STATE CLAIM**

9  **FOURTH CLAIM FOR RELIEF**

10  (Retaliation Pursuant to FEHA

11

12  Against District)

13  27.  The allegations and attachments set forth above in paragraphs 1 through 19,

14  inclusive, are incorporated into this claim for relief by reference as if set forth in

15

16  full.

17  28.  Plaintiff was harassed, retaliated against, threatened with suspension, given

18  reprimands, bad evaluations, suspended, and denied reinstatement back to  job

19

20  duties after her suspension.  He was treated this way because of his complaints and

21  protesting the discrimination against him based on race, disability, and engaging in

22  the protected activity of complaining.  The retaliation and harassment leveled

23

24  against him were in violation of the California Fair Employment and Housing Act.

25  29.  Defendant acted with (1) the intent to inflict the injury upon Plaintiff and (2)

26  the realization that the injury of losing his job was substantially certain to result

27

28  from Defendants' conduct, most especially because of Plaintiff's disability.

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

Plaintiff's emotional distress was and is now severe, substantial and enduring and was actually caused by the Defendant's pervasive and professionally unlawful conduct.  Excessive supervision and bad-faith disciplinary writeups are parr of a hostile work environment.

30.  As a direct and proximate result of Defendant's action against Plaintiff, as alleged above, Plaintiff has suffered special damages, including but not limited to loss of wages, bonuses, deferred compensation, and other employment benefits, in an amount to be proven at the time of trial, in excess of the minimum jurisdictional requirements of this Court.

31.   Unlike other similarly situated employees, Defendant used Plaintiff's disability in order to discriminate against him, placed him on  suspension, told other employees Plaintiff was incapable, incompetent, and grossly negligent.

32.  As a further direct and proximate result of Defendants' unlawful, pervasive, discrimination against Plaintiff, as aforesaid, Plaintiff has sustained general damages for severe physical, mental, and emotional injuries, distress, harm and damages in an amount to be proven at the time of trial, in excess of the minimum jurisdictional requirements of this Court.

WHEREFORE, Plaintiff demands judgment which is more fully stated below against District.

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana  Canyon Road
Suite 210
Anaheim Hills, California 92807

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

## STATEMENT OF STATE CLAIM

## FIFTH CLAIM FOR RELIEF

(Harassment Against the Individual Defendants )

33.    The allegations and attachments set forth above in paragraphs 1 through 19, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

34.  Plaintiff was harassed, retaliated against, threatened with suspension, given reprimands, bad evaluations, suspended, and denied reinstatement back to her job duties after her suspension.  He was treated this way because of  complaints and protesting the discrimination against him based on disability discrimination.  The retaliation and harassment leveled against him were in violation of the California Fair Employment and Housing Act. Plaintiff was even subjected to religious harassment also. Bailey knowingly encourage the punitive, harassing acts against Plaintiff and did nothing to prevent them.  The conduct was so severe and pervasive that it has caused Plaintiff to suffer from anxiety attacks and post-traumatic stress.

35.  Defendant acted with (1) the intent to inflict the injury upon Plaintiff and (2) the realization that the injury of losing his job was substantially certain to result from Defendants' conduct, most especially because of Plaintiff's disability. Plaintiff's emotional distress was and is now severe, substantial and enduring and

was actually caused by the Defendant's pervasive and professionally unlawful conduct.

36. As a direct and proximate result of Defendant's action against Plaintiff, as alleged above, Plaintiff has suffered special damages, including but not limited to loss of wages, bonuses, deferred compensation, and other employment benefits, in an amount to be proven at the time of trial, in excess of the minimum jurisdictional requirements of this Court.

37. Unlike other similarly situated employees, Defendant used Plaintiff's race/ethnic origin in order to discriminate against him, placed him on suspension, told other employees Plaintiff was incapable, incompetent, and grossly negligent.

38. As a further direct and proximate result of Defendants' unlawful, pervasive, discrimination against Plaintiff, as aforesaid, Plaintiff has sustained general damages for severe physical, mental, and emotional injuries, distress, harm and damages in an amount to be proven at the time of trial, in excess of the minimum jurisdictional requirements of this Court.

WHEREFORE, Plaintiff demands judgment which is more fully stated below against District.

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

# STATEMENT OF STATE AND FEDERALCLAIM

## SIXTH CLAIM FOR RELIEF

(Religious Discrimination/Retaliation Against District)

39. The allegations and attachments set forth above in paragraphs 1 through 19, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

40.  As a further direct and proximate result of Defendants' unlawful, pervasive, retaliation against Plaintiff, as aforesaid, Plaintiff has sustained general damages for severe physical, mental, and emotional injuries, distress, harm and damages in an amount to be proven at the time of trial, in excess of the minimum jurisdictional requirements of this Court.

WHEREFORE, Plaintiff seeks a judgment against District.

# STATEMENT OF FEDERAL CLAIM

## SEVENTH CLAIM FOR RELIEF

(Protected Expressions/Freedom of Speech

Against Ament, Nason, Hardie, and Bailey)

41. The allegations and attachments set forth above in paragraphs 1 through 45, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

42.  Defendants violated Plaintiff's right to freedom of speech when they

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

sought to and did take punitive actions against him when he publicly identified the discrimination at District leveled against her as a public employee.

WHEREFORE, Plaintiff seeks a judgment against these individual Defendants.

## STATEMENT OF A FEDERAL CLAIM

## EIGHTH CLAIM FOR RELIEF

(Violation of the Civil Rights Act of 1964)

43. The allegations and attachments set forth above in paragraphs 1 through 19, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

44. Martinez's race/ethnic origin played a role because of the known biases From the Defendants toward Latinos.

WHEREFORE, plaintiff requests relief as set forth below against District.

## STATEMENT OF A FEDERAL CLAIM

## NINTH CLAIM FOR RELIEF

(Violation of the Americans With Disabilities Act )

45. The allegations and attachments set forth above in paragraphs 1 through 19, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

46. Defendants discriminated against Plaintiff based on his disabilities. No other employee with disabilities or without disabilities was treated on a continuous basis as Plaintiff has been treated.

WHEREFORE, Plaintiff requests relief as set forth below against District.

## STATEMENT OF A FEDERAL CLAIM

## TENTH CLAIM FOR RELIEF

(Violation of the Rehabilitation Act of 1973, § 504)

47. The allegations and attachments set forth above in paragraphs 1 through 19, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

48. Plaintiff was not accommodated. She suffered a materially adverse employment action when she was forced on a disability leave because of the retaliatory refusal to accommodate him, transferred, given unsatisfactory evaluations, monitored on a daily basis, given written and verbal reprimands, etc.

49. The refusal by District to accommodate Plaintiff is an adverse action as required to establish a *prima facie* case of retaliation under the Rehabilitation Act of 1973, § 504, 29 U.S.C.A. § 794 and was in retaliation. But-for Plaintiff's complaints and on-going retaliation of using Plaintiff's disabilities against him, this violation would not have occurred.

50. Plaintiff was not required to exhaust his administrative remedies under

1    Section 504 of the Rehabilitation Act of 1973 because the Ninth Circuit has stated

2    that "private plaintiffs suing under section 504 need not first exhaust administrative

3
4    remedies." *Smith v. Barton,* 914 F.2d 1330, 1338 (9th Cir. 1990). The question is not

5    one of procedure but whether or not the employer violated the Act.  29 U.S.C.

6
7    § 794(d).

8         WHEREFORE, Plaintiff demands judgment against Defendant District.

9

10                    **STATEMENT OF A STATE CLAIM**

11                      **TENTH CLAIM FOR RELIEF**

12
13                    (Violation of the California's FEHA in

14              Violation of Race Discrimination Against CCW)

15
16       51.  The allegations and attachments set forth above in paragraphs 1 through

17   19, inclusive, are incorporated into this claim for relief by reference as if set forth in

18   full.

19
20       52.  WHEREFORE, Plaintiff requests relief as set forth below against District.

21

22

23

24                      **DEMAND FOR JURY TRIAL**

25       Plaintiff hereby demands a trial by jury in this matter.

26

27

28

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

# PRAYER FOR RELIEF

1. **Issue a permanent injunction** instructing District to reinstate Plaintiff in the position Plaintiff held before the unlawful suspension.

2. **Issue a  declaration of rights** declaring that Defendant's retaliatory and harassing conduct as alleged in this complaint violates Plaintiff's civil and constitutional rights.

3. An award of monetary damages sufficient to fully compensate Plaintiff for all losses he has suffered as a direct and proximate result of District's and its agents unequal, discriminatory, revenge, bullying, harassing, and retaliatory treatment of him, including "comp time."

4. An award of monetary damages sufficient to fully compensate Martinez for emotional trauma suffered by her, including damages for mental distress, emotional pain, loss of enjoyment of life, and other nonpecuniary losses.

5. An award of monetary damages as mandated by civil rights laws, both federal and state.

6. An award of monetary damages as mandated by the Fair Employment and Housing Act with a lodestar application.

7. An award of costs, including attorneys' fees pursuant to California Code of Civil Procedure, § 1021.5; 42 U.S.C., § 1988 and any other applicable statutes for attorneys' fees.

8. An award of costs, including attorneys' fees, to cover all of  Plaintiff's

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana  Canyon Road
Suite 210
Anaheim Hills, California 92807

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

1    actual costs.

2        9.  An award of punitive damages.

3

4        10. An award of damages pursuant to other relevant provisions of law.

5        11. An award of such other and further relief as the Court considers proper

6

7    and just.

8    Dated:  November 30, 2023

9                    **LAW OFFICES OF GLORIA DREDD HANEY**

10

11

12            By: _/"s"/ Gloria Dredd Haney_
13                Gloria Dredd Haney
                 Attorney for Plaintiff
14               **DANIEL MARTINEZ**

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

## VERIFICATION

### I, DANIEL MARTINEZ, DECLARE AS FOLLOWS:

I am the Plaintiff in the above-entitled action and make this verification for my federal Complaint filed in the United States District Court for the Central District of California. I have read the foregoing Complaint and know of its contents. The same is true of my own knowledge, except as to those matters I believe to be true from my own personal observation.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed the 28th day of November 2023 in Upland, California.

Daniel Martinez, Plaintiff

1

## **VERIFICATION**

### **I, DANIEL MARTINEZ, DECLARE AS FOLLOWS:**

I am the Plaintiff in the above-entitled action and make this verification for my federal Complaint filed in the United States District Court for the Central District of California. I have read the foregoing Complaint and know of its contents. The same is true of my own knowledge, except as to those matters I believe to be true from my own personal observation.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed the 30th day of November 2023 in Upland, California.

_____

Daniel Martinez, Plaintiff

25

FEDERAL COMPLAINT FOR PLAINTIFF DANIEL MARTINEZ

# EXHIBIT A



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

November 29, 2022

**Via Email: vivineemarie17@yahoo.com**

Daniel Martinez
1324 N San Antonio Ave
Upland, CA 91786

RE:  **Notice of Case Closure and Right to Sue**
   **Case Number**: 202107-14054101
   **Case Name**: Martinez / Chaffey College
   **EEOC Number**: 37A-2022-00563-C
   **County of Violation**: San Bernardino

Dear Daniel Martinez:

The Civil Rights Department (CRD) has closed your case for the following reason: **Insufficient Evidence**. The CRD makes no determination about whether further investigation would establish violations of the Fair Employment and Housing Act (FEHA) or other laws. This decision does not mean the alleged claims have no merit or that the respondent is in compliance with the law. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**This is your Right to Sue notice.**  As specified in Government Code section 12965, subdivision (b), you may file your own civil action asserting employment claims under the FEHA within one year of the date of this letter. If you want to file a civil action that includes other claims, you should consult an attorney about the applicable statutes of limitation.

Your complaint **is dual filed** with the United States Equal Employment Opportunity Commission (EEOC).  You have a right to request EEOC to perform a substantial weight review of our findings.  This request must be made within fifteen (15) days of your receipt of this notice. Pursuant to Government code section 12965, subdivision (d) (1), your right to sue may be tolled during the pendency of EEOC's review of your complaint.  To secure this review, you must request it in writing to the State and Local Coordinator:

**EEOC Southern California**
**Roybal Federal Building**
**255 East Temple Street, 4th Floor**
**Los Angeles, California 90012**
**Karrie.Maeda@eeoc.gov**

You have the right to appeal the decision to close your case. This request must be made within ten (10) days of receiving this letter. Your appeal must include: 1) a summary as to why you disagree with the case closure; and/or 2) any new detailed information (e.g., documents, records, witness information) that supports your claim. If you appeal, the information you provide will be carefully considered. You may appeal this decision by:



CRD-ENF 17ENCC (Revised 09/22)

**Notice of Case Closure and Right to Sue**
**November 29, 2022**
**Page 2** of **2**

- Email. Send your request to appeals@dfeh.ca.gov and make reference to the case #: 202107-14054101.

- Mail. Send your request to: CRD, Appeals Unit, 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758. Include a copy of this letter and make reference to the case #: 202107-14054101.

- Phone. Call us at 800-884-1684 (voice), 800-700-2320 (TTY), or by using California's Relay Service at 711.

Although the CRD has closed this case, the allegations and conduct at issue may be in violation of the law. You should consult an attorney as soon as possible regarding any other options and/or recourse you may have regarding the underlying acts or conduct.

Below are some resources to assist you in deciding whether to bring a civil action on your own behalf in court in the State of California under the provisions of the FEHA against the person, employer, labor organization or employment agency named in your complaint. To proceed in Superior Court, you should contact an attorney.

- The State Bar of California has a Lawyer Referral Services Program which can be accessed through its website at www.calbar.ca.gov under the "Public" link, or by calling 866-442-2529 (within California) or 415-538-2250 (outside California).

- Your local city or county may also have a lawyer referral or legal aid service.

- The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at www.dca.ca.gov/publications/small_claims. You may also order a free copy by calling the DCA Publication Hotline at 866-320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing, 1625 North Market Blvd., Suite N-112, Sacramento, CA 95834.

Sincerely,

*Camille Smith*

Camille Smith
Associate Governmental Program Analyst
510-963-3216
camille.smith@dfeh.ca.gov

Cc:    Ryan Church
       Chief Legal Officer & General Counsel
       Chaffey Community College
       5885 Haven Avenue
       Rancho Cucamonga, CA 91737

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    Employment

## COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

| **CASE NUMBER** | | **EEOC NUMBER** |
|---|---|---|
| 202107-14054101 | | 37A-2022-00563-C |

| **COMPLAINANT** | **ADDRESS** | **PHONE** |
|---|---|---|
| Daniel Martinez | 1324 N San Antonio Ave<br>Upland, California 91786 | 6265133075 |

**TYPE OF DISCRIMINATION AND LAW**

Government Code 12940

NAMED IS THE EMPLOYER, PERSON, AGENCY, ORGANIZATION OR GOVERNMENT ENTITY WHO DISCRIMINATED AGAINST ME

| **RESPONDENT(S)** | **ADDRESS** | **PHONE** |
|---|---|---|
| Chaffey College | 5885 Haven Avenue<br>Rancho Cucamonga,  California 91737 | (909) 652-6000 |

| **AGENT FOR SERVICE** | **ADDRESS** | **PHONE** |
|---|---|---|
| Lisa Christine Nashua, Agent of Service for Chaffey College | 5885 Haven Avenue<br>Rancho Cucamonga, CA 91737 | |

**NO. OF EMPLOYEES**

FORM REV Pending
Page **1** of **2**

# EXHIBIT B

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                          GAVIN NEWSOM, GOVERNOR

**Civil Rights Department**                                                                   KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

January 25, 2023

Gloria Dredd Haney
Mailing Address:  5753 East Santa Ana Canyon Rd., Suite G-210
Anaheim Hills, CA 92807

RE:    **Notice to Complainant's Attorney**
       CRD Matter Number: 202301-19362211
       Right to Sue: Martinez / Chaffey Community College District et al.

Dear Gloria Dredd Haney:

Attached is a copy of your complaint of discrimination filed with the Civil Rights
Department (CRD) pursuant to the California Fair Employment and Housing Act,
Government Code section 12900 et seq. Also attached is a copy of your Notice of Case
Closure and Right to Sue.

**Pursuant to Government Code section 12962, CRD will not serve these
documents on the employer.** You must serve the complaint separately, to all named
respondents. Please refer to the attached Notice of Case Closure and Right to Sue for
information regarding filing a private lawsuit in the State of California. A courtesy "Notice
of Filing of Discrimination Complaint" is attached for your convenience.

Be advised that the CRD does not review or edit the complaint form to ensure that it
meets procedural or statutory requirements.

Sincerely,

Civil Rights Department

EXHIBIT B

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

**Civil Rights Department**

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

January 25, 2023

RE:     **Notice of Filing of Discrimination Complaint**
CRD Matter Number: 202301-19362211
Right to Sue: Martinez / Chaffey Community College District et al.

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the Civil Rights Department (CRD)) in accordance with Government Code section 12960. This constitutes service of the complaint pursuant to Government Code section 12962. The complainant has requested an authorization to file a lawsuit. A copy of the Notice of Case Closure and Right to Sue is enclosed for your records.

This matter may qualify for CRD's Small Employer Family Leave Mediation Pilot Program. Under this program, established under Government Code section 12945.21, a small employer with 5 -19 employees, charged with violation of the California Family Rights Act, Government Code section 12945.2, has the right to participate in CRD's free mediation program. Under this program both the employee requesting an immediate right to sue and the employer charged with the violation may request that all parties participate in CRD's free mediation program. The employee is required to contact the Department's Dispute Resolution Division prior to filing a civil action and must also indicate whether they are requesting mediation.  The employee is prohibited from filing a civil action unless the Department does not initiate mediation within the time period specified in section 12945.21, subdivision (b) (4), or until the mediation is complete or is unsuccessful. The employee's statute of limitations to file a civil action, including for all related claims not arising under section 12945.2, is tolled from the date the employee contacts the Department regarding the intent to pursue legal action until the mediation is complete or is unsuccessful. You may contact CRD's Small Employer Family Leave Mediation Pilot Program by emailing DRDOnlinerequests@dfeh.ca.gov and include the CRD matter number indicated on the Right to Sue notice.

Please refer to the attached complaint for a list of all respondent(s) and their contact information.

No response to CRD is requested or required.

Sincerely,

CRD - ENF 80 RS (Revised 12/22)



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

Civil Rights Department

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

Civil Rights Department

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

January 25, 2023

Daniel Martinez
1324 North San Antonio Avenue, Upland, CA 91786
Upland, CA 91786

RE:    **Notice of Case Closure and Right to Sue**
       CRD Matter Number: 202301-19362211
       Right to Sue: Martinez / Chaffey Community College District et al.

Dear Daniel Martinez:

This letter informs you that the above-referenced complaint filed with the Civil Rights Department (CRD) has been closed effective January 25, 2023 because an immediate Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

This matter may qualify for CRD's Small Employer Family Leave Mediation Pilot Program. Under this program, established under Government Code section 12945.21, a small employer with 5 -19 employees, charged with violation of the California Family Rights Act, Government Code section 12945.2, has the right to participate in CRD's free mediation program. Under this program both the employee requesting an immediate right to sue and the employer charged with the violation may request that all parties participate in CRD's free mediation program. The employee is required to contact the Department's Dispute Resolution Division prior to filing a civil action and must also indicate whether they are requesting mediation. The employee is prohibited from filing a civil action unless the Department does not initiate mediation within the time period specified in section 12945.21, subdivision (b) (4), or until the mediation is complete or is unsuccessful. The employee's statute of limitations to file a civil action, including for all related claims not arising under section 12945.2, is tolled from the date the employee contacts the Department regarding the intent to pursue legal action until the mediation is complete or is unsuccessful. Contact CRD's Small Employer Family Leave Mediation Pilot Program by emailing

CRD - ENF 80 RS (Revised 12/22)



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

DRDOnlinerequests@dfeh.ca.gov and include the CRD matter number indicated on the Right to Sue notice.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this CRD Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Civil Rights Department

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA**
**Civil Rights Department**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**

Daniel Martinez                                        CRD No. 202301-19362211

                                          Complainant,

vs.

Chaffey Community College District
5885 Haven Avenue
Rancho Cucamonga, CA 91737

Susan Hardie
5885 Haven Avenue
Rancho Cucamonga, CA 91737

Aissa Nason
5885 Haven Ave.
Rancho Cucamonga, CA 909.987.1737

Troy Ament
5885 Haven Avenue
Rancho Cucamonga, CA 91737

Lisa Bailey
%885 Haven Avenue
Rancho Cucamonga, CA 91767

Joanna Bentley
5885 Haven Avenue
Rancho Cucamonga, CA 91737

                                          Respondents

---

**1.** Respondent **Chaffey Community College District** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

**2.**Complainant is naming **Susan Hardie** individual as Co-Respondent(s).
Complainant is naming **Aissa Nason** individual as Co-Respondent(s).

-1-
*Complaint – CRD No. 202301-19362211*

Date Filed: January 25, 2023

CRD-ENF 80 RS (Revised 12/22)

Complainant is naming **Troy Ament** individual as Co-Respondent(s).
Complainant is naming **Lisa Bailey** individual as Co-Respondent(s).
Complainant is naming **Joanna Bentley** individual as Co-Respondent(s).

**3**. Complainant **Daniel Martinez**, resides in the City of **Upland,** State of **CA.**

**4**. Complainant alleges that on or about **November 3, 2022**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's ancestry, national origin (includes language restrictions), religious creed - includes dress and grooming practices, medical condition (cancer or genetic characteristic), disability (physical, intellectual/developmental, mental health/psychiatric), family care and medical leave (cfra) related to serious health condition of employee or family member, child bonding, or military exigencies.

**Complainant was discriminated against** because of complainant's ancestry, national origin (includes language restrictions), religious creed - includes dress and grooming practices, other, disability (physical, intellectual/developmental, mental health/psychiatric), family care and medical leave (cfra) related to serious health condition of employee or family member, child bonding, or military exigencies and as a result of the discrimination was reprimanded, denied equal pay, suspended, denied any employment benefit or privilege, other, denied work opportunities or assignments, denied or forced to transfer, denied accommodation for a disability.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation, requested or used a religious accommodation and as a result was reprimanded, suspended, denied any employment benefit or privilege, denied accommodation for religious beliefs, denied work opportunities or assignments, denied accommodation for a disability.

**Additional Complaint Details:** The clear and undisputed reasons are because I have a disability (hearing) which requires that I have an accommodation and which caused me to complain about the failure to provide me with an accommodation or maintain the accommodation I already had.  Because of my compplaints, the administration to engage in conduct to force me to resign because the Respondents my working conditions intolerable. the Respondents refused to engage in a good-faith interactive process.  If I were not disabled and if I did not complain when the Respondents refused to provide the simple accommodations, I would not have been stalked, called incompetent, lazy, sleeping on the job, transferring me to a job designed for two workers, sent home because the Respondents could not stand to look at me, threatened with dismissal, put on a punitive involuntary administrative leave, and, as a last resort accuse me of sexually harassing a female employee, then an additional female employee, and then back to only one.  The Respondents even used my religion against me when, one of the many times, I requested an accommodation or when I inform the Respondents my religion would not permit me.

-2-
*Complaint – CRD No. 202301-19362211*

Date Filed: January 25, 2023

CRD-ENF 80 RS (Revised 12/22)

1  VERIFICATION

2  I, **Gloria Dredd Haney**, am the **Attorney** in the above-entitled complaint. I have read
3  the foregoing complaint and know the contents thereof.  The matters alleged are
   based on information and belief, which I believe to be true.

4  On January 25, 2023, I declare under penalty of perjury under the laws of the State of
5  California that the foregoing is true and correct.

6                                                    **Anaheim Hills, California**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                            -3-
                              *Complaint – CRD No. 202301-19362211*

27  Date Filed: January 25, 2023

28
                                                    CRD-ENF 80 RS (Revised 12/22)

Print

# CALIFORNIA CIVIL RIGHTS DEPARTMENT
# Right to Sue

This document is not your proof of submission. Complete the submission process within 30 days to initiate CRD review. After 30 days, all information provided will be erased from the CRD website.

## Martinez / Chaffey Community College District et al.

## COMPLAINANT INFORMATION

Name: **Daniel Martinez**
Address: **1324 North San Antonio Avenue, Upland, CA 91786**
City/State/Zip: **Upland, CA 91786**
Telephone: **(714) 279-0485**
Mobile
Email: **dreddlaw@sbcglobal.net**

## COMPLAINANT DEMOGRAPHIC INFORMATION

THIS INFORMATION IS OPTIONAL AND IS ONLY USED FOR STATISTICAL PURPOSES
Birthdate: **8/11/1985**
Disability: **Hearing;Mental Health/Psychiatric**
Ethnicity: **Hispanic or Latino**
Gender: **Male**
Language: **English**
Marital status: **Married**
National Origin: **American [U.S.]**
Race: **Other**
Sexual Orientation: **Straight or Heterosexual**

## RESPONDENT AND CO-RESPONDENT(S)

| Name | Address | Telephone | Mobile | Email |
|---|---|---|---|---|
| **Chaffey Community College District** | **5885 Haven Avenue Rancho Cucamonga, CA 91737** | **(909) 987-1737** | | |
| **Susan Hardie** | **5885 Haven Avenue Rancho Cucamonga, CA 91737** | **(909) 652-6531** | **(909) 821-0610** | **susan.hardie@chaffey.edu** |
| **Aissa Nason** | **5885 Haven Ave. Rancho Cucamonga, CA 909.987.1737** | **(909) 652-6720** | **(909) 821-0610** | **aissa.nason@chaffey.edu** |

| Name | Address | Telephone | Mobile | |
|---|---|---|---|---|
| Troy Ament | 5885 Haven Avenue Rancho Cucamonga, CA 91737 | (909) 652-6720 | (909) 821-0610 | troy.ament@chaffey.edu |
| Lisa Bailey | %885 Haven Avenue Rancho Cucamonga, CA 91767 | (909) 652-6720 | (909) 821-0610 | lisa.bailey@chaffey.edu |
| Joanna Bentley | 5885 Haven Avenue Rancho Cucamonga, CA 91737 | (909) 652-6720 | (909) 821-0610 | joanna.bentley@chaffey.edu |

## DATES OF HARM

Most Recent Date of Harm: **11/3/2022**

Is the harm continuing?: **Yes**

## I ALLEGE THAT I EXPERIENCED DISCRIMINATION:

**Because of my actual or perceived:**

Ancestry

National origin (includes language restrictions)

Religious Creed - Includes dress and grooming practices

Other

Disability (physical, intellectual/developmental, mental health/psychiatric)

Family Care and Medical Leave (CFRA) related to serious health condition of employee or family member, child bonding, or military exigencies

**As a result I was:**

Reprimanded

Denied equal pay

Suspended

Denied any employment benefit or privilege

Other

Denied work opportunities or assignments

Denied or forced to transfer

Denied accommodation for a disability

## I ALLEGE THAT I EXPERIENCED HARASSMENT:

**Because of my actual or perceived:**

Ancestry

National origin (includes language restrictions)

Religious Creed - Includes dress and grooming practices

Medical condition (cancer or genetic characteristic)

Disability (physical, intellectual/developmental, mental health/psychiatric)

Family Care and Medical Leave (CFRA) related to serious health condition of employee or family member, child bonding, or military exigencies

## I ALLEGE THAT I EXPERIENCED RETALIATION:

**Because I:**

Reported or resisted any form of discrimination or harassment

Requested or used a disability-related accommodation

Requested or used a religious accommodation

**As a result I was:**

Reprimanded

Suspended

Denied any employment benefit or privilege

Denied accommodation for religious beliefs

Denied work opportunities or assignments

Denied accommodation for a disability

## Briefly describe what you believe to be the reason(s) for the discrimination, harassment, or retaliation. (Optional)

The clear and undisputed reasons are because I have a disability (hearing) which requires that I have an accommodation and which caused me to complain about the failure to provide me with an accommodation or maintain the accommodation I already had. Because of my compplaints, the administration to engage in conduct to force me to resign because the Respondents my working conditions intolerable. the Respondents refused to engage in a good-faith interactive process. If I were not disabled and if I did not complain when the Respondents refused to provide the simple accommodations, I would not have been stalked, called incompetent, lazy, sleeping on the job, transferring me to a job designed for two workers, sent home because the Respondents could not stand to look at me, threatened with dismissal, put on a punitive involuntary administrative leave, and, as a last resort accuse me of sexually harassing a female employee, then an additional female employee, and then back to only one. The Respondents even used my religion against me when, one of the many times, I requested an accommodation or when I inform the Respondent religion would not permit me.

NOT A LEGALLY BINDING DOCUMENT. This document does not constitute proof of filing of a Right to Sue form with the CRD. For additional information, please visit calcivilrights.ca.gov or contact the CRD at 800-884-1684.

# EXHIBIT C

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

**Civil Rights Department**

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

February 3, 2023

Gloria Dredd Haney
Mailing Address:  5753 East Santa Ana Canyon Rd., Suite G-210
Anaheim Hills, CA 92807

RE:    **Notice to Complainant's Attorney**
CRD Matter Number: 202301-19362211
Right to Sue: Martinez / Chaffey Community College District et al.

Dear Gloria Dredd Haney:

Attached is a copy of your **amended** complaint of discrimination filed with the Civil Rights Department (CRD) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq.

Pursuant to Government Code section 12962, CRD will not serve these documents on the employer.  You or your client must serve the complaint.

The amended complaint is deemed to have the same filing date of the original complaint.  This is not a new Right to Sue letter.  The original Notice of Case Closure and Right to Sue issued in this case remains the only such notice provided by the CRD. (Cal. Code Regs., tit. 2, § 10022.)

Be advised that the CRD does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,


Civil Rights Department

CRD - ENF 80 RS (Revised 12/22)

EXHIBIT C

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**
**BEFORE THE STATE OF CALIFORNIA**
**Civil Rights Department**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**

Daniel Martinez                                                    CRD No. 202301-19362211

                                        Complainant,

vs.

Chaffey Community College District
5885 Haven Avenue
Rancho Cucamonga, CA 91737

Susan Hardie
5885 Haven Avenue
Rancho Cucamonga, CA 91737

Aissa Nason
5885 Haven Ave.
Rancho Cucamonga, CA 909.987.1737

Troy Ament
5885 Haven Avenue
Rancho Cucamonga, CA 91737

Lisa Bailey
5885 Haven Avenue
Rancho Cucamonga, CA 91767

                                        Respondents

_____

**1.** Respondent **Chaffey Community College District** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

**2.**Complainant is naming **Susan Hardie** individual as Co-Respondent(s).
Complainant is naming **Aissa Nason** individual as Co-Respondent(s).
Complainant is naming **Troy Ament** individual as Co-Respondent(s).
Complainant is naming **Lisa Bailey** individual as Co-Respondent(s).

**3.** Complainant **Daniel Martinez**, resides in the City of **Upland,** State of **CA.**

-1-
*Complaint – CRD No. 202301-19362211*

Date Filed: January 25, 2023
Date Amended: February 3, 2023

CRD-ENF 80 RS (Revised 12/22)

**4.** Complainant alleges that on or about **November 3, 2022**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's ancestry, national origin (includes language restrictions), religious creed - includes dress and grooming practices, medical condition (cancer or genetic characteristic), disability (physical, intellectual/developmental, mental health/psychiatric), family care and medical leave (cfra) related to serious health condition of employee or family member, child bonding, or military exigencies.

**Complainant was discriminated against** because of complainant's ancestry, national origin (includes language restrictions), religious creed - includes dress and grooming practices, other, disability (physical, intellectual/developmental, mental health/psychiatric), family care and medical leave (cfra) related to serious health condition of employee or family member, child bonding, or military exigencies and as a result of the discrimination was reprimanded, denied equal pay, suspended, denied any employment benefit or privilege, other, denied work opportunities or assignments, denied or forced to transfer, denied accommodation for a disability.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation, requested or used a religious accommodation and as a result was reprimanded, suspended, denied any employment benefit or privilege, denied accommodation for religious beliefs, denied work opportunities or assignments, denied accommodation for a disability.

**Additional Complaint Details:** The clear and undisputed reasons are because I have a disability (hearing) which requires that I have an accommodation and which caused me to complain about the failure to provide me with an accommodation or maintain the accommodation I already had.  Because of my compplaints, the administration to engage in conduct to force me to resign because the Respondents my working conditions intolerable. the Respondents refused to engage in a good-faith interactive process.  If I were not disabled and if I did not complain when the Respondents refused to provide the simple accommodations, I would not have been stalked, called incompetent, lazy, sleeping on the job, transferring me to a job designed for two workers, sent home because the Respondents could not stand to look at me, threatened with dismissal, put on a punitive involuntary administrative leave, and, as a last resort accuse me of sexually harassing a female employee, then an additional female employee, and then back to only one.  The Respondents even used my religion against me when, one of the many times, I requested an accommodation or when I inform the Respondents my religion would not permit me.

Date Filed: January 25, 2023
Date Amended: February 3, 2023

CRD-ENF 80 RS (Revised 12/22)

VERIFICATION

I, **Gloria Dredd Haney**, am the **Attorney** in the above-entitled complaint. I have read the foregoing complaint and know the contents thereof. The matters alleged are based on information and belief, which I believe to be true.

On January 25, 2023, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Anaheim Hills, CA 92807**

-3-
*Complaint – CRD No. 202301-19362211*

Date Filed: January 25, 2023
Date Amended: February 3, 2023

CRD-ENF 80 RS (Revised 12/22)