Danny Y. Yoo, Bar No. 251574
dyoo@lcwlegal.com
Viddell Lee Heard, Bar No. 175049
lheard@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone: 310.981.2000
Facsimile: 310.337.0837

Attorneys for Defendants CHAFFEY COMMUNITY COLLEGE, SUSAN HARDIE, AISSA NASON, TROY AMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAFFEY COMMUNITY COLLEGE, SUSAN HARDIE, AISSA NASON, TROY AMENT, and DOES 1 through 10, Inclusive,<br><br>　　　　　　Defendants. | Case No.: 5:23-cv-02441-SSS (SPx)<br><br>Complaint Filed: November 30, 2023<br><br>**NOTICE OF INTERESTED PARTIES** |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendants Chaffey Community College District, Susan Hardie, Aissa Nason and Troy Ament, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

12688914.1 CH020-113

**Defendants**

1. Chaffey Community College District
2. Susan Hardie
4. Aissa Nason
5. Troy Ament

**Plaintiff**

1. Daniel Martinez

Dated: December 23, 2024                    LIEBERT CASSIDY WHITMORE

                                            */S/ Viddell Lee Heard__*

                                    By:     Danny Y. Yoo
                                            Viddell Lee Heard
                                            Attorneys for Defendants
                                            CHAFFEY COMMUNITY
                                            COLLEGE, SUSAN HARDIE,
                                            AISSA NASON, TROY AMENT