# EXHIBIT A



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

November 29, 2022

**Via Email: vivineemarie17@yahoo.com**

Daniel Martinez
1324 N San Antonio Ave
Upland, CA 91786

RE: **Notice of Case Closure and Right to Sue**
    **Case Number**: 202107-14054101
    **Case Name**: Martinez / Chaffey College
    **EEOC Number**: 37A-2022-00563-C
    **County of Violation**: San Bernardino

Dear Daniel Martinez:

The Civil Rights Department (CRD) has closed your case for the following reason: **Insufficient Evidence**. The CRD makes no determination about whether further investigation would establish violations of the Fair Employment and Housing Act (FEHA) or other laws. This decision does not mean the alleged claims have no merit or that the respondent is in compliance with the law. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**This is your Right to Sue notice.** As specified in Government Code section 12965, subdivision (b), you may file your own civil action asserting employment claims under the FEHA within one year of the date of this letter. If you want to file a civil action that includes other claims, you should consult an attorney about the applicable statutes of limitation.

Your complaint **is dual filed** with the United States Equal Employment Opportunity Commission (EEOC). You have a right to request EEOC to perform a substantial weight review of our findings. This request must be made within fifteen (15) days of your receipt of this notice. Pursuant to Government code section 12965, subdivision (d) (1), your right to sue may be tolled during the pendency of EEOC's review of your complaint. To secure this review, you must request it in writing to the State and Local Coordinator:

**EEOC Southern California**
**Roybal Federal Building**
**255 East Temple Street, 4th Floor**
**Los Angeles, California 90012**
**Karrie.Maeda@eeoc.gov**

You have the right to appeal the decision to close your case. This request must be made within ten (10) days of receiving this letter. Your appeal must include: 1) a summary as to why you disagree with the case closure; and/or 2) any new detailed information (e.g., documents, records, witness information) that supports your claim. If you appeal, the information you provide will be carefully considered. You may appeal this decision by:



CRD-ENF 17ENCC (Revised 09/22)

Notice of Case Closure and Right to Sue
November 29, 2022
Page 2 of 2

- Email. Send your request to appeals@dfeh.ca.gov and make reference to the case #: 202107-14054101.

- Mail. Send your request to: CRD, Appeals Unit, 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758. Include a copy of this letter and make reference to the case #: 202107-14054101.

- Phone. Call us at 800-884-1684 (voice), 800-700-2320 (TTY), or by using California's Relay Service at 711.

Although the CRD has closed this case, the allegations and conduct at issue may be in violation of the law. You should consult an attorney as soon as possible regarding any other options and/or recourse you may have regarding the underlying acts or conduct.

Below are some resources to assist you in deciding whether to bring a civil action on your own behalf in court in the State of California under the provisions of the FEHA against the person, employer, labor organization or employment agency named in your complaint. To proceed in Superior Court, you should contact an attorney.

- The State Bar of California has a Lawyer Referral Services Program which can be accessed through its website at www.calbar.ca.gov under the "Public" link, or by calling 866-442-2529 (within California) or 415-538-2250 (outside California).

- Your local city or county may also have a lawyer referral or legal aid service.

- The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at www.dca.ca.gov/publications/small_claims. You may also order a free copy by calling the DCA Publication Hotline at 866-320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing, 1625 North Market Blvd., Suite N-112, Sacramento, CA 95834.

Sincerely,

*Camille Smith*

Camille Smith
Associate Governmental Program Analyst
510-963-3216
camille.smith@dfeh.ca.gov

Cc:    Ryan Church
       Chief Legal Officer & General Counsel
       Chaffey Community College
       5885 Haven Avenue
       Rancho Cucamonga, CA 91737



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

Employment

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

| CASE NUMBER | EEOC NUMBER |
|---|---|
| 202107-14054101 | 37A-2022-00563-C |

| COMPLAINANT | ADDRESS | PHONE |
|---|---|---|
| Daniel Martinez | 1324 N San Antonio Ave<br>Upland, California 91786 | 6265133075 |

**TYPE OF DISCRIMINATION AND LAW**

Government Code 12940

NAMED IS THE EMPLOYER, PERSON, AGENCY, ORGANIZATION OR GOVERNMENT ENTITY WHO DISCRIMINATED AGAINST ME

| RESPONDENT(S) | ADDRESS | PHONE |
|---|---|---|
| Chaffey College | 5885 Haven Avenue<br>Rancho Cucamonga, California 91737 | (909) 652-6000 |

| AGENT FOR SERVICE | ADDRESS | PHONE |
|---|---|---|
| Lisa Christine Nashua, Agent of Service for Chaffey College | 5885 Haven Avenue<br>Rancho Cucamonga, CA 91737 | |

**NO. OF EMPLOYEES**



# EXHIBIT B



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

January 25, 2023

Gloria Dredd Haney
Mailing Address:  5753 East Santa Ana Canyon Rd., Suite G-210
Anaheim Hills, CA 92807

RE:    **Notice to Complainant's Attorney**
CRD Matter Number: 202301-19362211
Right to Sue: Martinez / Chaffey Community College District et al.

Dear Gloria Dredd Haney:

Attached is a copy of your complaint of discrimination filed with the Civil Rights
Department (CRD) pursuant to the California Fair Employment and Housing Act,
Government Code section 12900 et seq. Also attached is a copy of your Notice of Case
Closure and Right to Sue.

**Pursuant to Government Code section 12962, CRD will not serve these
documents on the employer.** You must serve the complaint separately, to all named
respondents. Please refer to the attached Notice of Case Closure and Right to Sue for
information regarding filing a private lawsuit in the State of California. A courtesy "Notice
of Filing of Discrimination Complaint" is attached for your convenience.

Be advised that the CRD does not review or edit the complaint form to ensure that it
meets procedural or statutory requirements.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 12/22)

**EXHIBIT B**



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR
KEVIN KISH, DIRECTOR

Civil Rights Department
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

January 25, 2023

RE:    **Notice of Filing of Discrimination Complaint**
       CRD Matter Number: 202301-19362211
       Right to Sue: Martinez / Chaffey Community College District et al.

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the Civil Rights Department (CRD)) in accordance with Government Code section 12960. This constitutes service of the complaint pursuant to Government Code section 12962. The complainant has requested an authorization to file a lawsuit. A copy of the Notice of Case Closure and Right to Sue is enclosed for your records.

This matter may qualify for CRD's Small Employer Family Leave Mediation Pilot Program. Under this program, established under Government Code section 12945.21, a small employer with 5 -19 employees, charged with violation of the California Family Rights Act, Government Code section 12945.2, has the right to participate in CRD's free mediation program. Under this program both the employee requesting an immediate right to sue and the employer charged with the violation may request that all parties participate in CRD's free mediation program. The employee is required to contact the Department's Dispute Resolution Division prior to filing a civil action and must also indicate whether they are requesting mediation.  The employee is prohibited from filing a civil action unless the Department does not initiate mediation within the time period specified in section 12945.21, subdivision (b) (4), or until the mediation is complete or is unsuccessful. The employee's statute of limitations to file a civil action, including for all related claims not arising under section 12945.2, is tolled from the date the employee contacts the Department regarding the intent to pursue legal action until the mediation is complete or is unsuccessful. You may contact CRD's Small Employer Family Leave Mediation Pilot Program by emailing DRDOnlinerequests@dfeh.ca.gov and include the CRD matter number indicated on the Right to Sue notice.

Please refer to the attached complaint for a list of all respondent(s) and their contact information.

No response to CRD is requested or required.

Sincerely,

CRD - ENF 80 RS (Revised 12/22)

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

Civil Rights Department

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

Civil Rights Department



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

Civil Rights Department

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

January 25, 2023

Daniel Martinez
1324 North San Antonio Avenue, Upland, CA 91786
Upland, CA 91786

RE:    **Notice of Case Closure and Right to Sue**
CRD Matter Number: 202301-19362211
Right to Sue: Martinez / Chaffey Community College District et al.

Dear Daniel Martinez:

This letter informs you that the above-referenced complaint filed with the Civil Rights Department (CRD) has been closed effective January 25, 2023 because an immediate Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

This matter may qualify for CRD's Small Employer Family Leave Mediation Pilot Program. Under this program, established under Government Code section 12945.21, a small employer with 5 -19 employees, charged with violation of the California Family Rights Act, Government Code section 12945.2, has the right to participate in CRD's free mediation program. Under this program both the employee requesting an immediate right to sue and the employer charged with the violation may request that all parties participate in CRD's free mediation program. The employee is required to contact the Department's Dispute Resolution Division prior to filing a civil action and must also indicate whether they are requesting mediation. The employee is prohibited from filing a civil action unless the Department does not initiate mediation within the time period specified in section 12945.21, subdivision (b) (4), or until the mediation is complete or is unsuccessful. The employee's statute of limitations to file a civil action, including for all related claims not arising under section 12945.2, is tolled from the date the employee contacts the Department regarding the intent to pursue legal action until the mediation is complete or is unsuccessful. Contact CRD's Small Employer Family Leave Mediation Pilot Program by emailing

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

Civil Rights Department

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

DRDOnlinerequests@dfeh.ca.gov and include the CRD matter number indicated on the Right to Sue notice.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this CRD Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Civil Rights Department

1
2
3

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**
**BEFORE THE STATE OF CALIFORNIA**
**Civil Rights Department**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

4

**In the Matter of the Complaint of**

5
Daniel Martinez                                         CRD No. 202301-19362211

6
                                    Complainant,

7
vs.

8
Chaffey Community College District
5885 Haven Avenue

9
Rancho Cucamonga, CA 91737

10
Susan Hardie
5885 Haven Avenue

11
Rancho Cucamonga, CA 91737

12
Aissa Nason
5885 Haven Ave.

13
Rancho Cucamonga, CA 909.987.1737

14
Troy Ament
5885 Haven Avenue

15
Rancho Cucamonga, CA 91737

16
Lisa Bailey

17
%885 Haven Avenue
Rancho Cucamonga, CA 91767

18
Joanna Bentley

19
5885 Haven Avenue
Rancho Cucamonga, CA 91737

20
                                    Respondents

21
_____

22

23
**1.** Respondent **Chaffey Community College District** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

24

25
**2.**Complainant is naming **Susan Hardie** individual as Co-Respondent(s).
Complainant is naming **Aissa Nason** individual as Co-Respondent(s).

26
                                              -1-
                        *Complaint – CRD No. 202301-19362211*

27
Date Filed: January 25, 2023

28
                                                        CRD-ENF 80 RS (Revised 12/22)

1   Complainant is naming **Troy Ament** individual as Co-Respondent(s).
    Complainant is naming **Lisa Bailey** individual as Co-Respondent(s).
2   Complainant is naming **Joanna Bentley** individual as Co-Respondent(s).

3   3. Complainant **Daniel Martinez**, resides in the City of **Upland,** State of **CA.**

4

5   4. Complainant alleges that on or about **November 3, 2022**, respondent took the
    following adverse actions:

6

7   **Complainant was harassed** because of complainant's ancestry, national origin (includes
    language restrictions), religious creed - includes dress and grooming practices, medical
    condition (cancer or genetic characteristic), disability (physical, intellectual/developmental,
8   mental health/psychiatric), family care and medical leave (cfra) related to serious health
    condition of employee or family member, child bonding, or military exigencies.

9

10  **Complainant was discriminated against** because of complainant's ancestry, national
    origin (includes language restrictions), religious creed - includes dress and grooming
    practices, other, disability (physical, intellectual/developmental, mental health/psychiatric),
11  family care and medical leave (cfra) related to serious health condition of employee or family
    member, child bonding, or military exigencies and as a result of the discrimination was
12  reprimanded, denied equal pay, suspended, denied any employment benefit or privilege,
    other, denied work opportunities or assignments, denied or forced to transfer, denied
13  accommodation for a disability.

14
    **Complainant experienced retaliation** because complainant reported or resisted any form
15  of discrimination or harassment, requested or used a disability-related accommodation,
    requested or used a religious accommodation and as a result was reprimanded, suspended,
16  denied any employment benefit or privilege, denied accommodation for religious beliefs,
    denied work opportunities or assignments, denied accommodation for a disability.

17

18  **Additional Complaint Details:** The clear and undisputed reasons are because I have a
    disability (hearing) which requires that I have an accommodation and which caused me to
19  complain about the failure to provide me with an accommodation or maintain the
    accommodation I already had. Because of my complaints, the administration to engage in
20  conduct to force me to resign because the Respondents my working conditions intolerable.
    the Respondents refused to engage in a good-faith interactive process. If I were not
21  disabled and if I did not complain when the Respondents refused to provide the simple
    accommodations, I would not have been stalked, called incompetent, lazy, sleeping on the
22  job, transferring me to a job designed for two workers, sent home because the Respondents
    could not stand to look at me, threatened with dismissal, put on a punitive involuntary
23  administrative leave, and, as a last resort accuse me of sexually harassing a female
    employee, then an additional female employee, and then back to only one. The
24  Respondents even used my religion against me when, one of the many times, I requested
    an accommodation or when I inform the Respondents my religion would not permit me.
25

26                                          -2-
                          *Complaint – CRD No. 202301-19362211*
27
    Date Filed: January 25, 2023
28
                                                      CRD-ENF 80 RS (Revised 12/22)

1  VERIFICATION

2  I, **Gloria Dredd Haney**, am the **Attorney** in the above-entitled complaint.  I have read
3  the foregoing complaint and know the contents thereof.  The matters alleged are based on information and belief, which I believe to be true.

4  On January 25, 2023, I declare under penalty of perjury under the laws of the State of
5  California that the foregoing is true and correct.

6                                                              **Anaheim Hills, California**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                          -3-
                          *Complaint – CRD No. 202301-19362211*

27  Date Filed: January 25, 2023

28
                                                    CRD-ENF 80 RS (Revised 12/22)

Print

# CALIFORNIA CIVIL RIGHTS DEPARTMENT
# Right to Sue

This document is not your proof of submission. Complete the submission process within 30 days to initiate CRD review. After 30 days, all information provided will be erased from the CRD website.

## Martinez / Chaffey Community College District et al.

### COMPLAINANT INFORMATION

Name: **Daniel Martinez**
Address: **1324 North San Antonio Avenue, Upland, CA 91786**
City/State/Zip: **Upland, CA 91786**
Telephone: **(714) 279-0485**
Mobile
Email: **dreddlaw@sbcglobal.net**

### COMPLAINANT DEMOGRAPHIC INFORMATION

THIS INFORMATION IS OPTIONAL AND IS ONLY USED FOR STATISTICAL PURPOSES
Birthdate: **8/11/1985**
Disability: **Hearing;Mental Health/Psychiatric**
Ethnicity: **Hispanic or Latino**
Gender: **Male**
Language: **English**
Marital status: **Married**
National Origin: **American [U.S.]**
Race: **Other**
Sexual Orientation: **Straight or Heterosexual**

### RESPONDENT AND CO-RESPONDENT(S)

| Name | Address | Telephone | Mobile | Email |
|---|---|---|---|---|
| Chaffey Community College District | 5885 Haven Avenue Rancho Cucamonga, CA 91737 | (909) 987-1737 | | |
| Susan Hardie | 5885 Haven Avenue Rancho Cucamonga, CA 91737 | (909) 652-6531 | (909) 821-0610 | susan.hardie@chaffey.edu |
| Aissa Nason | 5885 Haven Ave. Rancho Cucamonga, CA 909.987.1737 | (909) 652-6720 | (909) 821-0610 | aissa.nason@chaffey.edu |

| Name | Address | | Mobile | |
|------|---------|---|--------|---|
| Troy Ament | 5885 Haven Avenue Rancho Cucamonga, CA 91737 | (909) 652-6720 | (909) 821-0610 | troy.ament@chaffey.edu |
| Lisa Bailey | %885 Haven Avenue Rancho Cucamonga, CA 91767 | (909) 652-6720 | (909) 821-0610 | lisa.bailey@chaffey.edu |
| Joanna Bentley | 5885 Haven Avenue Rancho Cucamonga, CA 91737 | (909) 652-6720 | (909) 821-0610 | joanna.bentley@chaffey.edu |

## DATES OF HARM

Most Recent Date of Harm: **11/3/2022**
Is the harm continuing?: **Yes**

## I ALLEGE THAT I EXPERIENCED DISCRIMINATION:

**Because of my actual or perceived:**
Ancestry
National origin (includes language restrictions)
Religious Creed - Includes dress and grooming practices
Other
Disability (physical, intellectual/developmental, mental health/psychiatric)
Family Care and Medical Leave (CFRA) related to serious health condition of employee or family member, child bonding, or military exigencies
**As a result I was:**
Reprimanded
Denied equal pay
Suspended
Denied any employment benefit or privilege
Other
Denied work opportunities or assignments
Denied or forced to transfer
Denied accommodation for a disability

## I ALLEGE THAT I EXPERIENCED HARASSMENT:

**Because of my actual or perceived:**
Ancestry
National origin (includes language restrictions)
Religious Creed - Includes dress and grooming practices
Medical condition (cancer or genetic characteristic)
Disability (physical, intellectual/developmental, mental health/psychiatric)
Family Care and Medical Leave (CFRA) related to serious health condition of employee or family member, child bonding, or military exigencies

## I ALLEGE THAT I EXPERIENCED RETALIATION:

**Because I:**

Reported or resisted any form of discrimination or harassment

Requested or used a disability-related accommodation

Requested or used a religious accommodation

**As a result I was:**

Reprimanded

Suspended

Denied any employment benefit or privilege

Denied accommodation for religious beliefs

Denied work opportunities or assignments

Denied accommodation for a disability

## Briefly describe what you believe to be the reason(s) for the discrimination, harassment, or retaliation. (Optional)

The clear and undisputed reasons are because I have a disability (hearing) which requires that I have an accommodation and which caused me to complain about the failure to provide me with an accommodation or maintain the accommodation I already had. Because of my compplaints, the administration to engage in conduct to force me to resign because the Respondents my working conditions intolerable. the Respondents refused to engage in a good-faith interactive process. If I were not disabled and if I did not complain when the Respondents refused to provide the simple accommodations, I would not have been stalked, called incompetent, lazy, sleeping on the job, transferring me to a job designed for two workers, sent home because the Respondents could not stand to look at me, threatened with dismissal, put on a punitive involuntary administrative leave, and, as a last resort accuse me of sexually harassing a female employee, then an additional female employee, and then back to only one. The Respondents even used my religion against me when, one of the many times, I requested an accommodation or when I inform the Respondent religion would not permit me.

NOT A LEGALLY BINDING DOCUMENT. This document does not constitute proof of filing of a Right to Sue form with the CRD. For additional information, please visit calcivilrights.ca.gov or contact the CRD at 800-884-1684.

# EXHIBIT C

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

**Civil Rights Department**

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@dfeh.ca.gov

February 3, 2023

Gloria Dredd Haney
Mailing Address:  5753 East Santa Ana Canyon Rd., Suite G-210
Anaheim Hills, CA 92807

RE:     **Notice to Complainant's Attorney**
CRD Matter Number: 202301-19362211
Right to Sue: Martinez / Chaffey Community College District et al.

Dear Gloria Dredd Haney:

Attached is a copy of your **amended** complaint of discrimination filed with the Civil Rights Department (CRD) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq.

Pursuant to Government Code section 12962, CRD will not serve these documents on the employer.  You or your client must serve the complaint.

The amended complaint is deemed to have the same filing date of the original complaint.  This is not a new Right to Sue letter.  The original Notice of Case Closure and Right to Sue issued in this case remains the only such notice provided by the CRD. (Cal. Code Regs., tit. 2, § 10022.)

Be advised that the CRD does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,


Civil Rights Department

CRD - ENF 80 RS (Revised 12/22)

EXHIBIT C

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA**
**Civil Rights Department**
**Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**
Daniel Martinez

CRD No. 202301-19362211

Complainant,

vs.

Chaffey Community College District
5885 Haven Avenue
Rancho Cucamonga, CA 91737

Susan Hardie
5885 Haven Avenue
Rancho Cucamonga, CA 91737

Aissa Nason
5885 Haven Ave.
Rancho Cucamonga, CA 909.987.1737

Troy Ament
5885 Haven Avenue
Rancho Cucamonga, CA 91737

Lisa Bailey
5885 Haven Avenue
Rancho Cucamonga, CA 91767

Respondents

1. Respondent **Chaffey Community College District** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

2. Complainant is naming **Susan Hardie** individual as Co-Respondent(s).
Complainant is naming **Aissa Nason** individual as Co-Respondent(s).
Complainant is naming **Troy Ament** individual as Co-Respondent(s).
Complainant is naming **Lisa Bailey** individual as Co-Respondent(s).

3. Complainant **Daniel Martinez**, resides in the City of **Upland,** State of **CA.**

-1-
*Complaint – CRD No. 202301-19362211*

Date Filed: January 25, 2023
Date Amended: February 3, 2023

CRD-ENF 80 RS (Revised 12/22)

**4.** Complainant alleges that on or about **November 3, 2022**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's ancestry, national origin (includes language restrictions), religious creed - includes dress and grooming practices, medical condition (cancer or genetic characteristic), disability (physical, intellectual/developmental, mental health/psychiatric), family care and medical leave (cfra) related to serious health condition of employee or family member, child bonding, or military exigencies.

**Complainant was discriminated against** because of complainant's ancestry, national origin (includes language restrictions), religious creed - includes dress and grooming practices, other, disability (physical, intellectual/developmental, mental health/psychiatric), family care and medical leave (cfra) related to serious health condition of employee or family member, child bonding, or military exigencies and as a result of the discrimination was reprimanded, denied equal pay, suspended, denied any employment benefit or privilege, other, denied work opportunities or assignments, denied or forced to transfer, denied accommodation for a disability.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation, requested or used a religious accommodation and as a result was reprimanded, suspended, denied any employment benefit or privilege, denied accommodation for religious beliefs, denied work opportunities or assignments, denied accommodation for a disability.

**Additional Complaint Details:** The clear and undisputed reasons are because I have a disability (hearing) which requires that I have an accommodation and which caused me to complain about the failure to provide me with an accommodation or maintain the accommodation I already had.  Because of my complaints, the administration to engage in conduct to force me to resign because the Respondents my working conditions intolerable. the Respondents refused to engage in a good-faith interactive process.  If I were not disabled and if I did not complain when the Respondents refused to provide the simple accommodations, I would not have been stalked, called incompetent, lazy, sleeping on the job, transferring me to a job designed for two workers, sent home because the Respondents could not stand to look at me, threatened with dismissal, put on a punitive involuntary administrative leave, and, as a last resort accuse me of sexually harassing a female employee, then an additional female employee, and then back to only one.  The Respondents even used my religion against me when, one of the many times, I requested an accommodation or when I inform the Respondents my religion would not permit me.

-2-
*Complaint – CRD No. 202301-19362211*

Date Filed: January 25, 2023
Date Amended: February 3, 2023

CRD-ENF 80 RS (Revised 12/22)

# EXHIBIT

# D

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

**Civil Rights Department**

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

May 24, 2024

Daniel Martinez
1324 N. San Antonio Ave.
Upland, CA 91786

RE:   **Notice of Case Closure and Right to Sue**
CRD Matter Number: 202405-24862225
Right to Sue: Martinez / CHAFFEY COMMUNITY COLLEGE DISTRICT et al.

Dear Daniel Martinez:

This letter informs you that the above-referenced complaint filed with the Civil Rights Department (CRD) has been closed effective May 24, 2024 because an immediate Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this CRD Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Civil Rights Department

CRD - ENF 80 RS (Revised 2024/05)



1
2
3
4

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA**
Civil Rights Department
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**

5  Daniel Martinez

CRD No. 202405-24862225

6                              Complainant,

7  vs.

8  CHAFFEY COMMUNITY COLLEGE DISTRICT
   5885 Haven Avenue
9  Rancho Cucamonga, CA 91737

10 Troy Ament
   5885 Haven Ave.
11 Rancho Cucamonga, CA 98717

12 Susan Hardie
   5885 Haven Ave.
13 Rancho Cucamonga, CA 98737

14 Aissa Nason
   5885 Haven Ave.
15 Rancho Cucamonga, CA 91737

16                              Respondents

17 _____

18

19 **1.** Respondent **CHAFFEY COMMUNITY COLLEGE DISTRICT** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

20

21 **2.** Complainant is naming **Troy Ament** individual as Co-Respondent(s).
   Complainant is naming **Susan Hardie** individual as Co-Respondent(s).
   Complainant is naming **Aissa Nason** individual as Co-Respondent(s).

22

23 **3.** Complainant **Daniel Martinez**, resides in the City of **Upland,** State of **CA.**

24 **4.** Complainant alleges that on or about **May 23, 2024**, respondent took the following adverse actions:

25

26                              -1-

*Complaint – CRD No. 202405-24862225*

27 Date Filed: May 24, 2024

28

CRD-ENF 80 RS (Revised 2024/05)

**Complainant was harassed** because of complainant's national origin (includes language restrictions), color, religious creed - includes dress and grooming practices, age (40 and over), other, disability (physical, intellectual/developmental, mental health/psychiatric), race (includes hairstyle and hair texture).

**Complainant was discriminated against** because of complainant's ancestry, national origin (includes language restrictions), color, age (40 and over), other, disability (physical, intellectual/developmental, mental health/psychiatric), race (includes hairstyle and hair texture) and as a result of the discrimination was terminated, reprimanded, suspended, demoted, denied any employment benefit or privilege, denied accommodation for religious beliefs, denied work opportunities or assignments, denied or forced to transfer, denied accommodation for a disability.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation, requested or used a religious accommodation and as a result was terminated, reprimanded, suspended, demoted, denied any employment benefit or privilege, denied accommodation for religious beliefs, other, denied work opportunities or assignments, denied or forced to transfer, denied accommodation for a disability.

**Additional Complaint Details:** The clear and undisputed reasons are because I have a disability (hearing) which requires an accommodation and which caused me to complain when I was not accommodated and when I was disciplined when I complained.  The employer refused to engage in the interactive process so that I could be accommodated.  I was followed and embarrassed in front of my colleagues and students.  My confidential personnel matters where announced over the loud speaker, etc.  The respondents used my religion against me,  and tried to get me to take shots against my religion.  I was then transferred to a much more difficult building where my colleagues had easier assignments.  They used an employee, Candace Brock, who was used to file false complaints against employees.  She then filled a false complaint against me stating that I grabbed her and would not let her go, that I was always coming around her, etc. which frighten.  Brock said she feared I would harm her.  Because of my treatment, these respondents have planned to have me terminated.

-2-
*Complaint – CRD No. 202405-24862225*

Date Filed: May 24, 2024

CRD-ENF 80 RS (Revised 2024/05)

1  VERIFICATION

2  I, **Gloria Dredd Haney**, am the **Attorney** in the above-entitled complaint. I have read
3  the foregoing complaint and know the contents thereof.  The matters alleged are
   based on information and belief, which I believe to be true.
4
5  On May 24, 2024, I declare under penalty of perjury under the laws of the State of
   California that the foregoing is true and correct.

6
7                                          **Anaheim Hills, California**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                          -3-
                          *Complaint – CRD No. 202405-24862225*
27  Date Filed: May 24, 2024

28
                                          CRD-ENF 80 RS (Revised 2024/05)