UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-02441-SSS-SPx | Date | January 15, 2025 |
|---|---|---|---|
| Title | *Daniel Martinez v. Chaffey Community College District, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER STRIKING THE AMENDED COMPLAINTS [DKT. 52, 53]**

The Court is in receipt of Plaintiff Daniel Martinez's Third Amended Complaint [Dkt. 52] and Amended Document [Dkt. 53] both filed on December 27, 2024.  The Court notes that the two documents are virtually identical to each other and to the Third Amended Complaint ("TAC") filed on November 21, 2024. [Dkt. 40].

More importantly, these documents were improperly filed without the opposing party's written consent or the Court's leave.  Fed. R. Civ. P. 15(a).[1]

---

[1] (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course within:

(A) 21 days after serving it, or

(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

(continued . . . )

Plaintiff's First Amended Complaint was filed as a matter of course in response to Defendant's Motion to Dismiss. [Dkt. 23]. Plaintiff's Second Amended Complaint was filed pursuant to the joint stipulation between the parties. [Dkt. 27, 29]. Finally, Plaintiff's Third Amended Complaint was filed pursuant to the Court's leave granted in the Order Granting, in Part and Denying, in Part, Defendant's Motion to Dismiss. [Dkt. 39]. At this stage, Plaintiff has exhausted his right to amend as a matter of course and these subsequent amended complaints were improperly filed. *See* Fed. R. Civ. P. 15 *supra*.

As such, the Court finds that the Third Amended Complaint [Dkt. 52] and Amended Document [Dkt. 53] from December 27, 2024, are **STRICKEN** as improper and the Court construes the TAC as the operative complaint in this action. [Dkt. 40].

**IT IS SO ORDERED.**

---

(2) Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.