Danny Y. Yoo, Bar No. 251574
dyoo@lcwlegal.com
Viddell Lee Heard, Bar No. 175049
lheard@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:   310.337.0837

Attorneys for Defendants CHAFFEY COMMUNITY COLLEGE, SUSAN HARDIE, AISSA NASON, TROY AMENT,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - DIVISION

| | |
|---|---|
| DANIEL MARTINEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>CHAFFEY COMMUNITY COLLEGE, SUSAN HARDIE, AISSA NASON, TROY AMENT, LISA BAILEY, and DOES 1 through 10, Inclusive,<br><br>              Defendants. | Case No.:  5:23-cv-02441-SSS-SPx<br><br>Complaint Filed: November 30, 2023<br><br>**DECLARATION OF VIDDELL LEE HEARD IN SUPPORT OF DEFENDANTS' RULE 26(f) REPORT** |

I, Viddell Lee Heard, declare as follows:

1.     I am an attorney duly licensed to practice in the State of California and in the United States District Court for the Central District of California. I am an attorney with Liebert Cassidy Whitmore, attorneys of record for Defendants Chaffey Community College District, Troy Ament, Susan Hardie, and Aissa Nason (collectively, "Defendants") in this matter. I make this declaration in support of Defendants' Rule 26(f) Report. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2.     I have made repeated efforts to confer with Plaintiff's counsel, Gloria Haney, as required by FRCP 26(f) and by the Court's March 3, 2025 Order. On

April 2, 2025, I sent an email with the subject line "Rule 26 Conference and Joint Report" to Ms. Haney with copies to her two paralegals, Kirk Womack and Gaston Kandolo. Ms. Haney has previously asked me to copy Mr. Womack and Mr. Kandolo on case emails. Attached as <u>Exhibit 1</u> is a true and correct copy of an email string that includes my April 2, 2025 email.

3. My email first noted that, given the May 2, 2025 Scheduling Conference, the parties were required to confer regarding a discovery plan no later than April 11, 2025. I asked Ms. Haney to let me know when she is available to confer. My April 2 email also noted that the parties' Joint Rule 26(f) Report would be due on April 18, 2025 and that the Court's Order requires Plaintiff's counsel to draft the report. I asked Ms. Haney to provide Plaintiff's portion of the report a week in advance "so the parties have adequate time to complete and finalize the report." I received no response to my email.

4. I sent follow-up emails to Ms. Haney, Mr. Womack and Mr. Kandolo on April 7, April 14, and April 17, each time reiterating the requirement that the parties confer about and prepare the Joint Report. I received no response to those emails.

Executed this 18th day of April, 2025, at Los Angeles, California.

*/s/ Viddell Lee Heard*
Viddell Lee Heard

# EXHIBIT 1

| | |
|---|---|
| **From:** | Viddell Lee Heard |
| **Sent:** | Thursday, April 17, 2025 10:54 AM |
| **To:** | dreddlaw@sbcglobal.net |
| **Cc:** | 'Kirk Womack'; Danny Y. Yoo; 'Gaston Kandolo' |
| **Subject:** | RE: Martinez - Rule 26 Conference and Joint Report |
| **Importance:** | High |

I am again asking you to respond and, at this late date, provide Plaintiff's portion of the joint report. It is due tomorrow.

**Viddell Lee Heard** | Associate

  LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel: 310.981.2000  |  dir: 310.981.2018
fax: 310.337.0837

lheard@lcwlegal.com | vCard | Bio | Website

This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.

**From:** Viddell Lee Heard <lheard@lcwlegal.com>
**Sent:** Monday, April 14, 2025 9:18 AM
**To:** dreddlaw@sbcglobal.net
**Cc:** 'Kirk Womack' <kcwomack@hotmail.com>; Danny Y. Yoo <dyoo@lcwlegal.com>; 'Gaston Kandolo' <nkoyi8@gmail.com>
**Subject:** RE: Martinez - Rule 26 Conference and Joint Report

Though the deadline to confer as required by FRCP 26(f) has passed, I think the parties are nevertheless required to confer before we submit our joint report. Please let me know when you are available. I also repeat my request that you provide Plaintiff's portion of the joint report as soon as possible. Please advise.

  Lee

**Viddell Lee Heard** | Associate

LCW LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel: 310.981.2000 | dir: 310.981.2018
fax: 310.337.0837

lheard@lcwlegal.com | vCard | Bio | Website



This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.

**From:** Viddell Lee Heard <lheard@lcwlegal.com>
**Sent:** Monday, April 7, 2025 4:16 PM
**To:** dreddlaw@sbcglobal.net
**Cc:** 'Kirk Womack' <kcwomack@hotmail.com>; Danny Y. Yoo <dyoo@lcwlegal.com>; 'Gaston Kandolo' <nkoyi8@gmail.com>
**Subject:** RE: Martinez - Rule 26 Conference and Joint Report

Hi, I'm circling back about this. Our deadline to hold the Rule 26(f) conference is this Friday. Please advise.

**Viddell Lee Heard** | Associate

LCW LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel: 310.981.2000 | dir: 310.981.2018
fax: 310.337.0837

lheard@lcwlegal.com | vCard | Bio | Website



This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.

**From:** Viddell Lee Heard <lheard@lcwlegal.com>
**Sent:** Friday, April 4, 2025 11:36 AM
**To:** dreddlaw@sbcglobal.net
**Cc:** 'Kirk Womack' <kcwomack@hotmail.com>; Danny Y. Yoo <dyoo@lcwlegal.com>; 'Gaston Kandolo' <nkoyi8@gmail.com>
**Subject:** RE: Martinez - Rule 26 Conference and Joint Report

I'm circling back about this. Thanks,

    Lee

---

**Viddell Lee Heard** | Associate

LCW LIEBERT CASSIDY WHITMORE

6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel: 310.981.2000  |  dir: 310.981.2018
fax: 310.337.0837

lheard@lcwlegal.com  |  vCard  |  Bio  |  Website



This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.

**From:** Viddell Lee Heard <lheard@lcwlegal.com>
**Sent:** Wednesday, April 2, 2025 9:38 AM
**To:** dreddlaw@sbcglobal.net
**Cc:** 'Kirk Womack' <kcwomack@hotmail.com>; Danny Y. Yoo <dyoo@lcwlegal.com>; 'Gaston Kandolo' <nkoyi8@gmail.com>
**Subject:** Martinez - Rule 26 Conference and Joint Report

Good morning. As you know, the Scheduling Conference will take place on May 2, 2025. The attached Order also reminds the parties of their obligation under FRCP 26(f) to confer regarding a discovery plan at least 21 days before the Scheduling Conference – or, in this case, by April 11, 2025. Please let me know when you are available to confer.

In addition, the Order requires Plaintiff to draft the parties' Joint Rule 26(f) Report and file it at least 14 days before the Scheduling Conference – that is, by April 18, 2025. My schedule is unusually busy this month, and I'm sure you are busy as well. I therefore request that you email Plaintiff's portion of the joint report no later than April 11, 2025 – and hopefully earlier -- so the parties have adequate time to complete and finalize the report.

Thanks,

Lee

**Viddell Lee Heard** | Associate



6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045

tel: 310.981.2000 | dir: 310.981.2018
fax: 310.337.0837

lheard@lcwlegal.com | vCard | Bio | Website

This electronic communication contains information that is confidential, legally privileged, and proprietary. The information contained in this communication is intended only for use by the designated individual or entity. If the reader is not the intended recipient of this communication, the reader is hereby notified that any reliance on the information contained herein is taken at reader's own risk and any dissemination, distribution or copy of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately by calling 800-645-2696 or reply to this communication and then delete the communication.