UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-02441-SSS-SPx | Date | April 29, 2025 |
|---|---|---|---|
| Title | *Daniel Martinez v. Chaffey Community College District, et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION AND CONTINUANCE OF SCHEDULING CONFERENCE**

The Court is in receipt of the Rule 26(f) Report filed by Defendants on April 18, 2025. [Dkt. 64]. The Court notes, however, that this report was filed unilaterally and does not include Plaintiff's proposed briefing schedule. Accordingly, Plaintiff is hereby **ORDERED** to show cause why this case should not be dismissed for lack of prosecution.

Plaintiff is ordered to submit a response to this Order by **May 13, 2025**. The Court **SETS** an OSC hearing on **May 23, 2025, at 1:00 p.m.**, via Zoom videoconference. Furthermore, the Scheduling Conference is **CONTINUED** to **May 23 2025, at 1:00 p.m.**, via Zoom videoconference.

**IT IS SO ORDERED.**